| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Lipp, Wendelin I. | 2. Court or Organization<br><br>Maryland- Bankruptcy Court | 3. Date of Report<br><br>04/15/2018 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>Active US Bankrupty Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>6500 Cherrywood Lane<br>Third Floor<br>Greenbelt, Maryland 20770 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Board of Directors | Walter Chandler American Bankruptcy Inn of Court |
| 2. | TRUSTEE FOR FAMILY MEMBER'S TRUST | N/A |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bankruptcy Bar Association for the District of Maryland | 5/5-5/6/17 | Annapolis, Maryland | Bankruptcy seminar speaker | Food and 1 night hotel stay. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental property Montgomery County, MD (166,000) | D | Rent | M | S | | | | | |
| 2. GE-common | D | Dividend | J | T | Sold (part) | 11/24/17 | M | D | |
| 3. United Tech-common | D | Dividend | N | T | | | | | |
| 4. ▬▬▬ | | None | L | U | | | | | |
| 5. ▬▬▬ | | None | J | U | | | | | |
| 6. 401K | | | | | | | | | |
| 7. SWMXX | B | Dividend | N | T | | | | | |
| 8. EUEYX n/k/a AIFRX | A | Dividend | J | T | | | | | |
| 9. JENSX | B | Dividend | K | T | Buy (add'l) | 10/26/17 | K | | |
| 10. BJBIX | A | Dividend | J | T | | | | | |
| 11. Capital One Bank-Various Accounts | A | Interest | M | T | | | | | |
| 12. RBC Bank Deposit Program /cash | A | Interest | L | T | | | | | |
| 13. Acacia n/k/a/AMERITAS LIFE INS. CORP. (Whole Life Insuranc policy) | A | Dividend | K | T | | | | | |
| 14. Acacia n/k/a AMERITAS LIFE INS. CORP (Whole Life Insurance policy) | A | Dividend | K | T | | | | | |
| 15. AIG Sun America n/k/a AIG AMER. GEN. LIFE INS. (whole life insur.) | A | Dividend | J | T | | | | | |
| 16. IRA #1 | | | | | | | | | |
| 17. PONAX | C | Dividend | L | T | Buy (add'l) | 10/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. RAGTX | A | Dividend | L | T | | | | | |
| 19. SGENX | A | Dividend | L | T | | | | | |
| 20. KLCAX | | None | K | T | | | | | |
| 21. AZNAX | A | Dividend | | | Merged (with line 18) | 06/26/17 | K | | |
| 22. ITHAX | | None | | | Sold | 12/04/17 | K | B | |
| 23. BME | | None | K | T | | | | | |
| 24. TGTRX | B | Dividend | K | T | | | | | |
| 25. GLOBAL X FDX (SDIV) | C | Dividend | K | T | | | | | |
| 26. UIT FT DIV INC PLUS PORT 20 | A | Dividend | | | Redeemed | 06/26/17 | K | B | |
| 27. WISDOMTREE TRUST MIDCAP DIV FD ETF (DON) | A | Dividend | K | T | | | | | |
| 28. WISDOMTREE TRUST SMALLCAP FUND ETF | A | Dividend | K | T | | | | | |
| 29. UIT FTEP SER 2016 | A | Dividend | K | T | | | | | |
| 30. UIT FT SER 21 | A | Dividend | | | Redeemed | 12/04/17 | K | C | |
| 31. UIT HIGH DIV EQUITY PORT SER 26 | C | Dividend | L | T | | | | | |
| 32. NEFXS (NATIXIS) | A | Dividend | K | T | Buy | 12/04/17 | K | | |
| 33. UIT FT FINLS SELECT PORT SER 60 | A | Dividend | K | T | Buy | 06/26/17 | K | | |
| 34. | | | | | Buy (add'l) | 06/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lipp, Wendelin I. | 04/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UIT FT SMID HIGH DIV PORT SER 27 | A | Dividend | K | T | Buy | 10/13/17 | K | | |
| 36. UIT FT STRATEGIC DIV SELECT PORT SER 30 | A | Dividend | K | T | Buy | 09/25/17 | K | | |
| 37. | | | | | Buy (add'l) | 10/27/17 | J | | |
| 38. UIT FT SMID HIGH DIV PORT SER 20 | A | Dividend | | | Redeemed | 10/13/17 | K | D | |
| 39. IRA#2: | | | | | | | | | |
| 40. Oppenheimer Value Fund (CGRWX) | A | Dividend | J | T | | | | | |
| 41. Growth Fund of America MF | A | Dividend | J | T | | | | | |
| 42. Washington Mutual Investors Fund MT | A | Dividend | J | T | | | | | |
| 43. QQQ 100 Trust/Powershares | A | Dividend | K | T | | | | | |
| 44. UIT FT DIV INC PLUS PORT SER. 20 | A | Dividend | | | Redeemed | 09/07/17 | K | B | |
| 45. UIT FT SMID HIGH DIV PORT SER 20 | A | Dividend | | | Redeemed | 01/23/17 | K | C | |
| 46. UIT FT DIV STRENGTH SER 37 | A | Dividend | K | T | Buy | 08/14/17 | K | | |
| 47. UIT FT SMID HIGH DIV PORT SER 27 | A | Dividend | J | T | Buy | 10/13/17 | J | | |
| 48. Blackrock US Opp. Port Cl. A k/n/a Blackrock High Equity Inc. (BMEAX) | C | Dividend | J | T | | | | | |
| 49. Allianz RCM Global Technology-MF (RAGTX) | D | Dividend | L | T | | | | | |
| 50. Goldman Sachs Mid Value Fund-MF | A | Dividend | K | T | | | | | |
| 51. Prudential Jennison 20/20 Focus Fund-MF | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Oppenheimer Value Fund Class A | A | Dividend | K | T | | | | | |
| 53. The Growth Fund of America-MF | A | Dividend | M | T | | | | | |
| 54. New Perspective Fund A | A | Dividend | L | T | | | | | |
| 55. Fundamental Investors A | A | Dividend | L | T | | | | | |
| 56. UIT FT SERIES 29 CAP STRENGTH PORT SEMI-ANNUAL | | None | | | Redeemed | 05/01/17 | K | A | |
| 57. JTD | A | Dividend | J | T | | | | | |
| 58. ONEOK Partners LP | A | Int./Div. | K | T | | | | | |
| 59. XLK | A | Dividend | K | T | | | | | |
| 60. FIRST TRUST ETF NYS ARCA BIOTECH INDEX FUND (FBT) | | None | K | T | | | | | |
| 61. AB HIGH INC. MUNIC. PORT CLA (ABTHX) | D | Dividend | M | T | | | | | |
| 62. SPH | A | Interest | | | Sold | 06/26/17 | J | C | |
| 63. DVY | A | Dividend | K | T | | | | | |
| 64. MFS SER TRX INT'L VALUE FD (MGIAX) | A | Dividend | K | T | | | | | |
| 65. IVY FDS INC (WSTAX) | B | Dividend | K | T | | | | | |
| 66. FRANKLIN TEMP. FUNDS MD T/F INC. FUND CLA (FMDTX) | B | Dividend | L | T | Buy | 06/23/17 | J | | |
| 67. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 68. | | | | | Buy (add'l) | 11/13/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. UIT FT BIOTECH PORT SER 37 | | None | K | T | Buy | 06/27/17 | K | | |
| 70. UIT FT HIGH DIV EQUITY PORT SER 26 | B | Dividend | K | T | | | | | |
| 71. UIT FT DIV STRENGTH PORT SER 29 | A | Dividend | | | Redeemed | 09/18/17 | K | D | |
| 72. UIT FT CAP STRENGTH SER 37 | A | Dividend | K | T | Buy | 03/22/17 | K | | |
| 73. UIT FTP DIV INC PLUS PORT SER 20 | A | Dividend | | | Redeemed | 09/07/17 | L | C | |
| 74. UIT FTP DIV INC PLUS PORT SER 21 | A | Dividend | | | Redeemed | 12/04/17 | K | C | |
| 75. UIT FT CLOUD COMP. SER 17 | A | Dividend | K | T | Buy | 06/26/17 | J | | |
| 76. UIT FT SMID SER 30 CAP STR PORT | A | Dividend | K | T | | | | | |
| 77. UIT FT US ENER, INDEP SER 7 | | None | | | Redeemed | 02/02/17 | K | | |
| 78. UIT FT CAP STRENGTH PORT SER 29 | | None | | | Redeemed | 05/01/17 | K | A | |
| 79. UIT FT ELECTION PORT SER 2016 | A | Dividend | J | T | | | | | |
| 80. UIT FT SMID HIGH DIV PORT SER 20 | A | Dividend | | | Redeemed | 01/23/17 | K | D | |
| 81. UIT FT SMID HIGH DIV PORT SER 22 | A | Dividend | K | T | | | | | |
| 82. UIT GUGG DEF PORT BLUE CHIP SER 9 | A | Dividend | | | Sold | 10/13/17 | K | D | |
| 83. UIT GUGG DEF PORT SER 11 US CAP STR | A | Dividend | K | T | | | | | |
| 84. UIT GUGG DEF PORT SER 23 DIVERS. DIV & INC. PORT | B | Dividend | K | T | | | | | |
| 85. UIT ENERGY SELECT SER 61 | A | Dividend | K | T | Buy | 01/09/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/15/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  UIT FT SMID HIGH DIV PORT SER 27 | | None | K | T | Buy | 10/17/17 | K | | |
| 87.  UIT FT TECH. SELECT PORT SER 65 | A | Dividend | K | T | Buy | 06/26/17 | J | | |
| 88.  UIT FT FINLS SELECT SER 60 | A | Dividend | K | T | Buy | 06/26/17 | K | | |
| 89.  UIT FT STRATEGIC DIV SELECT PORT SER 30 | A | Dividend | L | T | Buy | 09/25/17 | K | | |
| 90. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 91. | | | | | Buy (add'l) | 10/13/17 | K | | |
| 92. | | | | | Buy (add'l) | 10/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 04/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. Investments and Trusts:

No.1: The tax assessment is $166,000.

No. 38: This entry was inadvertantly omitted from the last report. I thought it was a duplicate item and omitted it in error. The UIT was purchased on 1/26/16 with a K value code.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Wendelin I. Lipp**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544